PEOPLE, Respondent, v. PATERNOSTRO, Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Proceeding by the People of the State of New York against James Paternostro. C. Novello, of New York City, for appellant. L. Fabricant, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.